**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alfred HEATH, Defendant–Appellant.**

No. 02–7578.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 27, 2003.

Decided March 12, 2003.

---

Alfred Heath, Appellant Pro Se. Jane Barrett Taylor, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

PER CURIAM.

Alfred Heath seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Heath's claims are meritless. Accordingly, he has not made a substantial showing of the denial of a constitutional right. We deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*